IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HATCHIE COON HUNTING AND
FISHING CLUB                                                                                    PLAINTIFF

v.                              No. 3:21-cv-219-DPM

TOMMY LAND, In His Official Capacity
as Commissioner of State Lands and
ARKANSAS STATE GAME AND FISH
COMMISSION                                                                                   DEFENDANTS

### ORDER

I note this removed case and the pending motions, *Doc. 3 & 5*. I'm evaluating whether I can sit in this case. The docket of the Arkansas Court of Appeals in case number CA06-797 reflects that I was not on the six-judge panel and did not participate in motions. I do not have a clear memory about exactly why I stepped aside from the post-decision motions, which were decided by the whole Court. It may have to do with Club members. I therefore request the plaintiff to file a list of its members as soon as practicable. It may do so either under seal or on the public docket, as the Club chooses. I will try to remember the circumstances, too. The parties should also hold 10 November 2021 (in Jonesboro) as a possible hearing date.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2021